**No. 10-329. Orjiakor Isiogu, et al., Petitioners v. Michigan Bell Telephone Company, dba AT&T Michigan.**

562 U.S. 1198, 131 S. Ct. 1062, 178 L. Ed. 2d 862, 2011 U.S. LEXIS 1049.

January 24, 2011. Motion of petitioners to dispense with printing the joint appendix granted. Justice Kagan took no part in the consideration or decision of this motion.

Same case below, 597 F.3d 370.

■

**No. 10-717. Miccosukee Tribe of Indians of Florida, Petitioner v. Kraus-Anderson Construction Company.**

562 U.S. 1198, 131 S. Ct. 1062, 178 L. Ed. 2d 862, 2011 U.S. LEXIS 925.

January 24, 2011. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

Same case below, 607 F.3d 1268.

■

**No. 10-5967. Jerald Alan Hammann, Petitioner v. Falls/Pinnacle, LLC, et al.; and Jerald Alan Hammann, Petitioner v. Donald Deyo, et al.**

562 U.S. 1198, 131 S. Ct. 1062, 178 L. Ed. 2d 862, 2011 U.S. LEXIS 994.

January 24, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

■

**No. 10-7889. Barry J. Jewell, Petitioner v. United States.**

562 U.S. 1198, 131 S. Ct. 1066, 178 L. Ed. 2d 862, 2011 U.S. LEXIS 944.

January 24, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until February 14, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 614 F.3d 911.

■

**No. 10-680. Carol Howes, Warden, Petitioner v. Randall Lee Fields.**

562 U.S. 1199, 131 S. Ct. 1047, 178 L. Ed. 2d 862, 2011 U.S. LEXIS 960.

January 24, 2011. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted.

Same case below, 617 F.3d 813.